IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AVERY PATTERSON,

    Plaintiff,

v.                                              4:15cv596-WS/CAS

COLONEL D. VALENTINE,
et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 16) docketed May 18, 2016. The magistrate judge recommends that the plaintiff's motion for judgment on the pleadings be denied. The plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (doc. 16) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's motion (doc. 15) for judgment on the pleadings is DENIED.

3. The case shall be REMANDED to the magistrate judge for further proceedings.

DONE AND ORDERED this __20th__ day of __June__, 2016.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE